Tammy B. Webb (SBN 227593)
tbwebb@shb.com
Matthew G. Ball (SBN 208881)
mgball@shb.com
Aubrey Kramer (SBN 359426)
akramer@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
MACYS.COM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THU NGUYEN, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACYS.COM, LLC,<br><br>Defendant. | Case No. 5:25-cv-07096-PCP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: April 23, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. P. Casey Pitts<br>Courtroom: 8 |

Pursuant to Federal Rule of Evidence 201, Defendant Macys.com, LLC hereby requests that this Court take judicial notice of the following court record in support of its Motion to Dismiss Plaintiff's Complaint:

1. The original Complaint filed in Santa Clara County Superior Court by Plaintiff Thu Nguyen on August 26, 2025, in the matter of *Thu Nguyen v. Yahoo! Inc.* (Case No. 25CV474001) a true and correct copy of which is attached to this request as **Exhibit A.**

Dated: January 29, 2026

**SHOOK, HARDY & BACON L.L.P.**

By: /s/ *Tammy B. Webb*

Tammy B. Webb
Matthew G. Ball
Aubrey Kramer

**Attorneys for Defendant**
MACYS.COM, LLC